PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

**FILED IN CLERK'S OFFICE US DISTRICT COURT E.D N.Y** MAR 26 2012 **LONG ISLAND OFFICE**

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y** ★ MAR 27 2012 **BROOKLYN OFFICE**

DBF/jes

DOCKET NUMBER (Tran. Court): 1:09CR00372-034

DOCKET NUMBER (Rec. Court):

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Peter D'Anna<br>3347 Ocean Avenue<br>Oceanside, NY 11572 | WD/NY | Buffalo |
| | NAME OF SENTENCING JUDGE | |
| | Richard J. Arcara, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 01/26/12 — TO 01/26/14 |

**OFFENSE**
Conspiracy to Distribute Marijuana

CR 12 222

IRIZARRY, J.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of New York</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

Jan. 30, 2012
DATE

s/RJA
UNITED STATES DISTRICT JUDGE

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

EFFECTIVE DATE

UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y

★ MAR 26 2012 ★

LONG ISLAND OFFICE

MEMORANDUM TO
DOUGLAS C. PALMER
CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RE: DANNA, Peter
WD/NY Docket#: 09CR00372-023
**REQUEST FOR JUDICIAL ASSIGNMENT**

Reference is made to the above-named individual who was sentenced on January 25, 2012 by the Honorable Richard J. Arcara, USDJ for the Western District of New York, to two (2) years probation and a $100 special assessment fee. Special conditions include a fine in the amount of $1,000 and a search condition. This sentence was received after a plea of guilty to Conspiracy to Distribute Marijuana, a Class D felony. The offender began his term of supervision in the Eastern District of New York on January 25, 2012.

CR 12 222

Due to the offender's residency in Oceanside, New York, the Western District of New York has initiated a Transfer of Jurisdiction.

Based upon the above, we respectfully request that this case be docketed and assigned to a U.S. District Judge for consideration. Attached, please find two (2) copies of Probation Form 22, Transfer of Jurisdiction, signed by the Honorable Richard J. Arcara.

Should you have any questions or require additional information, please contact the undersigned officer at (631) 712-6328. Please also advise of the assigned Judge and docket number when assigned.

RESPECTFULLY SUBMITTED:    **IRIZARRY, J.**

Eileen Kelly
Chief U.S. Probation Officer

Prepared by: _____
Joanmarie Langone
U.S. Probation Officer

Approved by: _____
Kathleen Kearns
Supervising U.S. Probation Officer

March 8, 2012
Central Islip, New York